1  ROBERT P. HENK     (147490)
2  SHERI L. LEONARD  (173544)
   **HENKLEONARD**
3  **A Professional Law Corporation**
4  2260 Douglas Blvd., Suite 200
   Roseville, CA 95661
5  Telephone:     (916) 787-4544
   Fax:           (916) 787-4530
6

7  Attorneys for Plaintiff
   **BARRY CHARMAK**
8

9  REBECCA D. EISEN                (96129)
   SHANNON B. NAKABAYASHI     (215469)
10 **MORGAN, LEWIS & BOCKIUS LLP**
   One Market Street
11 Spear Street Tower
12 San Francisco, CA 94105
   Telephone:     (415) 442-1000
13 Fax:           (415)442-1001
   reisen@morganlewis.com
14 snakabayashi@morganlewis.com

15
   Attorneys for Defendant,
16 **PETSMART, INC.**

17                THE UNITED STATES DISTRICT COURT

18                  EASTERN DISTRICT OF CALIFORNIA

19

| **BARRY CHARMAK** | **CASE NO.: 08-CV-00022-WBS-EFB** |
|---|---|
| Plaintiff, | |
| vs. | |
| **PETSMART, INC.,** and **DOES 1 through 5**, inclusive, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| Defendant. | |

27     IT IS HEREBY STIPULATED by and between the parties hereto, through their

28 respective counsel, that Plaintiff, BARRY CHARMAK, shall dismiss, and hereby does dismiss,

29

Stipulation and [Proposed] Order of Dismissal

1

all claims against Defendant, PETSMART, INC., and this entire action, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a).

DATED: December 12, 2008　　**HENK LEONARD**
　　　　　　　　　　　　　　**A Professional Law Corporation**

　　　　　　　　　　　　　　/s/SHERI L. LEONARD_____
　　　　　　　　　　　　　　**ROBERT P. HENK**
　　　　　　　　　　　　　　**SHERI L. LEONARD**
　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　**BARRY CHARMAK**

DATED: December 15, 2008　　**MORGAN, LEWIS & BOCKIUS LLP**

　　　　　　　　　　　　　　/s/REBECCA D. EISEN (as authorized on 12/15/08)
　　　　　　　　　　　　　　**REBECCA D. EISEN**
　　　　　　　　　　　　　　**SHANNON B. NAKABAYASHI**
　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　**PETSMART, INC.**

**IT IS SO ORDERED.**

Dated:   December 22, 2008

　　　　　　　　　　　　　　　_/s/ William B. Shubb_
　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE